IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VINCENT M. GEORGE, Jr., <br> # 2013-0708145, <br>                  **Plaintiff,** <br> vs. <br> SALVADORE GORDINEZ, <br> WARDEN HODGES, <br> M. MAYFIELD, <br> J. JOKISCH, <br> and C. DOWNEN, <br>                  **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> )   Case No. 15-cv-01421-SMY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Pursuant to the April 21, 2016 Order of the United States Court of Appeals for the Seventh Circuit and for the reasons stated in this Court's Order of April 13, 2016 (Doc. 26), the Court **GRANTS** Plaintiff's Motion for Reconsideration (Doc. 27); **VACATES** the Order Dismissing Case (Doc. 16) with prejudice and the Judgment (Doc. 17); and **DIRECTS** the Clerk to reopen this case. Plaintiff is given 35 days from the date of this Order to submit a First Amended Complaint. The Clerk is directed to send Plaintiff a blank civil rights complaint form.

In light of the foregoing, Plaintiff's Motions for Leave to Appeal *In Forma Pauperis* (Docs. 23) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

**DATED: April 25, 2016**

                                                                              s/ STACI M. YANDLE
                                                                              District Judge
                                                                              United States District Court